IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

JACKSON NATIONAL LIFE INSURANCE COMPANY,

    Plaintiff,

    v.

VIRGINIA D. CARSON, and
BRANCH BANKING AND TRUST COMPANY

    Defendants.

Civil Action No. 3:16-cv-00595

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Jackson National Life Insurance Company, by and through its undersigned counsel, notifies the Court that all matters and controversies existing between the parties have been compromised and settled. The Plaintiff, therefore, stipulates to the voluntary dismissal with prejudice of all claims against the Defendants.

Respectfully Submitted,

*s/Michael C. McLaren*
Michael C. McLaren (28277)
**BUTLER SNOW LLP**
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
(901) 680-7200
(901) 680-7201 facsimile
*Attorneys for Plaintiff Jackson National Life Insurance Company*

# **CERTIFICATE OF SERVICE**

  I, Michael C. McLaren, one of the attorneys for Plaintiff, hereby certify that, on March 7, 2017, I served a true and correct copy of the foregoing via the Court's ECF system upon the following:

Robert R. Carl (BPR No. 017911)
**BAKER DONELSON BEARMAN**
**CALDWELL & BERKOWITZ**
265 Brookview Centre Way, Suite 600
Knoxville, TN 37919
(865) 579-7000
*Attorneys for Defendant Branch Banking &*
*Trust Co.*

C. Dwaine Evans (BPR No. 004701)
**EVANS & BEIER, LLP**
818 W. First North Street
Morristown, TN 37814
(423) 587-2800
*Attorneys for Defendant Virginia Carson*


 *s/Michael C. McLaren*